**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000350
27-MAR-2026
08:46 AM
Dkt. 87 ORD**

NO. CAAP-22-0000350

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

P.H., Plaintiff-Appellant, v.
D.Y., Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. FC-D No. 98-3951)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon review of the record in In re Hsieh, Case No. 23-00149 (Chapter 13), United States Bankruptcy Court, District of Hawaiʻi,[1] P.H.'s March 24, 2026 response to the March 6, 2026 Order to Show Cause, and P.H.'s March 24, 2026 response to the March 24, 2026 Order for Supplemental Briefing, and the record, IT IS HEREBY ORDERED that this appeal is dismissed as moot.

DATED: Honolulu, Hawaiʻi, March 27, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

---

[1] See Rule 201, Hawaii Rules of Evidence, Chapter 626, Hawaii Revised Statutes (2016).